381 P.2d 62

Calvin H. CARTER, Petitioner,

v.

The FIRST JUDICIAL DISTRICT COURT, SANTA FE, New Mexico, et al., Respondents.

No. 28 HC.

Supreme Court of New Mexico.

May 10, 1963.

COMPTON, Chief Justice, and CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted and the petition for writ of mandamus be and the same is hereby denied for the reason that Mr. Dean Zinn, attorney at law, is advising with petitioner.